Certificate Number: 05781-TNW-DE-035288557

Bankruptcy Case Number: 20-25001



05781-TNW-DE-035288557

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2021, at 8:57 o'clock PM PST, Bonnie Burgette completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Tennessee.

Date:   January 20, 2021               By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President